UNITED STATES COURT OF THE

DISTRICT OF COLUMBIA

DUANE MCKINNEY
    PLAINTIFF,

V.

U.S DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION,
    DEFENDANT

CV 07-1480 RBW

RECEIVED
NOV 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

OPPOSITION TO MOTION FOR DISMISSAL

COMES NOW, DUANE MCKINNEY IN PERSON IN THE DOCTRINE OF PRO SE. IN THE STYLE OF THIS CASE I MOVES THIS COURT FOR THE DENIAL OF DISMISSAL.

STATEMENT AND ARGUMENT

1. I (DUANE MCKINNEY) IS MAKING A COMPLAINT NOT A CLAIM. AND YES THEY SEARCH MY RESIDENCE

THEN WENT TO GET A WARRANT. AND YOU THE GOVERNMENT REPRESENT OUR PEOPLE BY SAYING THE THINGS LIKE REGARDLESS HOW THE DEA ACQUIRED THE SUBJECT FUNDS.YOU HAVE DISREGARDED THE LETTER OF THIS COUNTRY CONSTITUTION OF THE FOURTH AMENDMENT.

2.WHY WAS THE INTERNAL REVENUE,F.BI AND THE DEA KICKING MY DOOR DOWN AT 5:55A.M.WHY WAS THINGS TAKING FROM MY HOUSE WITHOUT LEAVING A INVENTORY SHEET? WHY DID NOT THEY HAVE A WARRANT FOR MY ARREST WHEN THEY KICK MY DOOR DOWN?WHY WAS THE I.R.S AND THE SAME F.B.I THERE?WHY DID THEY TAKE TWO (2) CARS AND WAS NOT PART OF THE WARRANT OR DID NOT HAVE A WARRANT FOR THE CARS?AND MY MOTHER IS WAITNG ON THE SERVICE OF NOTICE ALSO.

3.THE HONOURABLE COURT I HAVE MADE THIS CLAIM BEFORE.I PRAY YOU HEAR MY CLAIM WITH JUSTICE IN MIND.THIS COMPLAINT WOULD ONLY LACK JURISDICTION IF THIS VIOLATION DID NOT TAKE PLACE IN THIS CITY.ALSO THEY HAVE STATED (IF A PERSON FILES A TIMELY VERIFIED CLAIM WITH THE AGENCY, HOWEVER,THE AGENCY MUST REFER THE CASE TO AN APPROPRIATE UNITED STATES OFFICE FOR IT TO DECIDE EHETHER THE PROPERTY SHOULD BE RETURNED TO THE ADMINISTRATIVE CLAIMANT, OR CLAIMANTS, OR SUED FOR FORFEITURE, IN A CIVL IN REM FORFEITURE ACTION AGAINST THE PROPERTY OR <u>INCLUDED FOR FORFEITURE IN A CRIMINAL INDICTMENT.THIS IS IN THE CRIMINAL INDICTMENT.</u>

<u>SEE ATTACHMENT</u>

3.I HAVE PROVEN MY CASE CLEARLY TO THIS COURT

I HAVE NOT COMMITED ANY CRIME.

I HAVE NOT BEEN COVICTED OF ANY CRIME.

IN THESE FUNDS ARE FUNDS OF LEGAL PROFITS.

THIS PARTY THAT HAS PROVEN HIMSELF RIGHTFUL OWNER OF THESE FUNDS RESPECTFULLY REQUEST THIS COURT TO GRANT ME THE RIGHTS WHICH I HAVE BEEN DENIED.I MOVES THIS HONORABLE COURT FOR THE RETURN OF THE $59,029 AND TO DENY THE DISMISSAL.

*[signature]*

Duane McKinney
1035 10th St N.E Unit 1
WAshington D.C
20002

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING.COMPLAINT FOR RETURN OF SEIZED PROPERTY($59,029,00) UNITED STATES CURRENCY AND ALL OTHER SEIZED PROPERTY. MAILED TO DIANE G. LUCAS,D.C ASSISTANT UNITED STATES ATTORNEY 555 4TH WASHINGTON DC 20530.THIS __ DAY OF August , 2007.

_____
DUANE MCKINNEY

UNITED STATES COURT OF THE

DISTRICT OF COLUMBIA

CV 07-01480

DUANE MCKINNEY

PLAINTIFF,

V.

U.S DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT
ADMINISTRATION

DEFENDANT.

ORDER

HAVING CONSIDERED DUANE MCKINNEY OPPOSITION MOTION TOGETHER WITH SUPPORT THEREOF, AND HAVING FURTHER CONSIDERED PLAINTIFF OPPOSITION THERETO, THE COURT CONCLUDES THAT THE OPPOSITION MOTION TO BE GRANTED. ACCORDINGLY, IT IS THIS_____DAY OF _____2007 AT THE HONORABLE COURT OF THE UNITED STATES COURT OF THE DISTRICT OF COLUMBIA.

**ORDERED THAT THE DEFENDANT'S MOTION BE DENIED.**

**ORDERED THAT PLAINTIFF'S COMPLAINT BE GRANTED.**

_____
**Reggie B Walton**