UNITED STATES COURT OF THE

DISTRICT OF COLUMBIA

DUANE MCKINNEY
       PLAINTIFF,

CV 07-1480
(RBW)

V.

U.S DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION,
       DEFENDANT

OPPOSITION TO MOTION FOR DISMISSAL REPLY TO REPLY OF THE GOVERNMENT.PLAINTIFF MOVE FOR RETURN OF ILLEGAL SEIZED $59,029.00 AND COMPUTER,PHONES,ETC.

COMES NOW,DUANE MCKINNEY IN PERSON IN THE

DOCTRINE OF PRO SE. IN THE STYLE OF THIS CASE

I MOVES THIS COURT FOR THE DENIAL OF

DISMISSAL.

STATEMENT AND ARGUMENT

**RECEIVED**

DEC 2 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1. I (DUANE MCKINNEY) IS MAKING A COMPLAINT NOT A CLAIM.AND YES THEY SEARCH MY RESIDENCE THEN WENT TO GET A WARRANT. AND YOU THE GOVERNMENT REPRESENT OUR PEOPLE BY SAYING THE THINGS LIKE REGARDLESS HOW THE DEA ACQUIRED THE SUBJECT FUNDS.YOU HAVE DISREGARDED THE LETTER OF THIS COUNTRY CONSTITUTION OF THE FOURTH AMENDMENT.

2.WHY WAS THE INTERNAL REVENUE,F.BI AND THE DEA KICKING MY DOOR DOWN AT 5:55A.M.WHY WAS THINGS TAKING FROM MY HOUSE WITHOUT LEAVING A INVENTORY SHEET? WHY DID NOT THEY HAVE A WARRANT FOR MY ARREST WHEN THEY KICK MY DOOR DOWN?WHY WAS THE I.R.S AND THE SAME F.B.I THERE?WHY DID THEY TAKE TWO (2) CARS AND WAS NOT PART OF THE WARRANT OR DID NOT HAVE A WARRANT FOR THE CARS?AND MY MOTHER IS WAITNG ON THE SERVICE OF NOTICE

ALSO.

3. THE HONOURABLE COURT I HAVE MADE THIS CLAIM BEFORE. I PRAY YOU HEAR MY CLAIM WITH JUSTICE IN MIND. THIS COMPLAINT WOULD ONLY LACK JURISDICTION IF THIS VIOLATION DID NOT TAKE PLACE IN THIS CITY. ALSO THEY HAVE STATED (IF A PERSON FILES A TIMELY VERIFIED CLAIM WITH THE AGENCY, HOWEVER, THE AGENCY MUST REFER THE CASE TO AN APPROPRIATE UNITED STATES OFFICE FOR IT TO DECIDE EHETHER THE PROPERTY SHOULD BE RETURNED TO THE ADMINISTRATIVE CLAIMANT, OR CLAIMANTS, OR SUED FOR FORFEITURE, IN A CIVL IN REM FORFEITURE ACTION AGAINST THE PROPERTY OR <u>INCLUDED FOR FORFEITURE IN A CRIMINAL INDICTMENT. THIS IS IN THE CRIMINAL INDICTMENT.</u>

<u>SEE ATTACHMENT</u>

**3. I HAVE PROVEN MY CASE CLEARLY TO THIS COURT**

**I HAVE NOT COMMITED ANY CRIME.**

**I HAVE NOT BEEN COVICTED OF ANY CRIME.**

**IN THESE FUNDS ARE FUNDS OF LEGAL PROFITS.**

**THIS PARTY THAT HAS PROVEN HIMSELF RIGHTFUL OWNER OF THESE FUNDS RESPECTFULLY REQUEST THIS COURT TO GRANT ME THE RIGHTS WHICH I HAVE BEEN DENIED. I MOVES THIS HONORABLE COURT FOR THE RETURN OF THE $59,029 AND TO DENY THE DISMISSAL AND RESPECTFULLY REQUEST THIS HONOURABLE COURT TO RETURN ILLEGALLY SEIZED $59,029.00, COMPUTER, PHNONES, ETC.**

**DUANE MCKINNEY**
**1035 10TH STREET N.E UNIT 1**
**WASHINGTON DC, 20002**

**DUANE MCKINNEY**

CERTIFICATE OF SERVICE
I HEREBY CERTIFY THAT A TRUE COPY OF THE FOREGOING.OPPOSITION MOTION TO THE UNITED STATES CURRENCY AND ALL OTHER SEIZED PROPERTY. MAILED TO DIANE G. LUCAS,D.C  ASSISTANT UNITED STATES ATTORNEY 555 4TH WASHINGTON DC 20530.THIS __DAY OF DECEMBER  , 2007.


_____
DUANE MCKINNEY